**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6465**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DARRYL PERNELL CAMPS,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert D. Potter, Senior District Judge.  (CR-90-85-C-P)

———————————

Submitted:  July 25, 1996          Decided:  August 7, 1996

———————————

Before LUTTIG and MOTZ, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Darryl Pernell Camps, Appellant Pro Se.  Robert James Conrad, Jr., Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for modification of his term of imprisonment. 18 U.S.C.A. § 3582(c)(2) (West Supp. 1996). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Camps, No. CR-90-85-C-P (W.D.N.C. Mar. 6, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process. The motion for appointment of counsel is denied.

AFFIRMED